**Order entered July 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00176-CR

**RAYMOND ELLIS NEWSOME, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F14-20384-W**

## ORDER

We **REINSTATE** this appeal.

When appellant did not provide us with written verification that he had paid or made arrangements to pay for the reporter's record or that he was entitled to proceed without payment of costs, we ordered the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3. Although we ordered appellant's brief filed by April 28, 2018, it was not filed. We then notified appellant by postcard dated May 2, 2018 and directed him to file a brief along with a motion to extend time to file the brief by May 12, 2018. When we did not receive a response, we abated this appeal for a hearing to determine why appellant's brief has not been filed. On July 13, 2018, we received the trial court's findings and recommendations.

We **ADOPT** the trial court's findings that (1) appellant desires to prosecute this appeal; (2) although appellant was represented by Scottie Allen at trial, he was not retained to represent appellant on appeal; (3) appellant is entitled to appointed counsel; and (4) the trial court appointed Ron Goranson to represent appellant in this appeal.

We **DIRECT** the Clerk to remove Scottie Allen and to substitute Ron Goranson as counsel for appellant.

In light of this, we **VACATE** our March 29, 2018 order submitting this appeal without a reporter's record. We **ORDER** Mr. Goranson to provide written verification, **by July 26, 2018,** that appellant has requested the reporter's record. *See* TEX. R. APP. P. 35.3(b)(2). Failure to do so will result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c)(1).

We **DIRECT** the Clerk to send a copy of this order to Judge Tracy Holmes, Presiding Judge, 363rd Judicial District Court; to court reporter Patricia Holt; to Ron Goranson, and to the Dallas County District Attorney.

/s/    LANA MYERS
       JUSTICE